UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CITIBANK, N.A.,<br><br>      Plaintiff,<br><br>      v.<br><br>BOMBSHELL TAXI LLC, *et al.*,<br><br>      Defendants. | Civil Action No. 1:15-cv-05938 |

## NOTICE OF APPEARANCE

***PLEASE TAKE NOTICE*** that Brett A. Berman of the law firm Fox Rothschild LLP, hereby enters his appearance as counsel for Evgeny (Gene) Freidman in the above-captioned proceeding.  Mr. Berman's contact information is:

> Fox Rothschild LLP
> 100 Park Avenue, 15th Floor
> New York, New York 10017
> Attn: Brett A. Berman
> Tel: (212) 878-7900 and (215) 299-2842
> Fax: (212) 692-0940 and (215) 299-2150
> Email: bberman@foxrothschild.com

***PLEASE TAKE FURTHER NOTICE*** that the foregoing request includes, without limitation, all orders and notices, including, but not limited to, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier, or otherwise.

This appearance and request for notice is without prejudice to the rights, remedies and claims of Evgeny (Gene) Freidman against other entities or any objection by Evgeny (Gene)

Freidman that may be made to the subject matter jurisdiction of the Court or the propriety of venue herein and shall not be deemed or construed to submit Evgeny (Gene) Freidman to the jurisdiction of the Court. All rights, remedies and claims are hereby expressly reserved, including without limitation, the making of a motion seeking abstention, withdrawal, dismissal or transfer of the case or a proceeding therein.

FURTHER, if any limited service lists are used in these proceedings, the undersigned requests inclusion thereon.

Dated: New York, New York
July 30, 2015

Respectfully submitted,

FOX ROTHSCHILD LLP
*Counsel to Evgeny (Gene) Freidman*

By: /s/ Brett A. Berman
Brett A. Berman
100 Park Avenue, 15th Floor
New York, New York 10017
Tel: (212) 878-7900 and
(215) 299-2842